UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS        WESTERN DIVISION
------------------------------------------------------------------------------------

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, by Barbara Lane, as Administrator; LOCAL 98 ENGINEERS JOINT TRAINING, RETRAINING, SKILL IMPROVEMENT, SAFETY EDUCATION, APPRENTICESHIP AND TRAINING FUND, by Barbara Lane, as Administrator; INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 AND EMPLOYERS COOPERATIVE TRUST, by William Sullivan and Eugene P. Melville, Jr., as Trustees; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, by Michael R. Fanning, as Chief Executive Officer; and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98, AFL-CIO, by Eugene P. Melville, Jr., as Business Manager, | |
| Plaintiffs, | Civil Action No.: 09-CV-11607 (MAP) |
| v. | |
| RAY HALUCH GRAVEL CO.; RAY HALUCH, INC.; RAY HALUCH, INC. d/b/a RAY HALUCH GRAVEL CO.; RAY HALUCH GRAVEL COMPANY, INC.; RAY HALUCH GRAVEL COMPANY, INC. d/b/a RAY HALUCH GRAVEL CO.; RAYMOND HALUCH, Individually and as an Officer of RAY HALUCH, INC. and RAY HALUCH GRAVEL COMPANY, INC.; and RAYMOND HALUCH, Individually and d/b/a RAY HALUCH GRAVEL CO., | |
| Defendants. | |

------------------------------------------------------------------------------------

**MOTION TO EXTEND TIME TO SUBMIT REQUEST FOR ATTORNEYS' FEES**

Plaintiffs, through their attorneys, Blitman & King LLP, respectfully request that the time within which to submit their request for reimbursement of attorneys' fees and costs in the above matter be extended from March 14, 2011 to April 4, 2011.

At the conclusion of the trial on February 28, 2011, the Hon. Michael A. Ponsor directed the parties to submit their proposed Findings of Fact and Conclusions of Law by March 14, 2011. In setting this date, the Court presented Plaintiffs with the option of submitting their request for attorneys' fees together with their submissions on March 14, 2011, in lieu of submitting such a petition within thirty (30) days from a judgment in Plaintiffs' favor, if any. The undersigned counsel for plaintiffs responded that the attorneys' fees petition would be submitted along with their submissions on March 14, 2011.

After further consideration and developments, plaintiffs now respectfully submit this time be enlarged, by 21 days, to April 4, 2011. The additional time is necessary to allow for proper preparation of the petition, including a detailed fee request that includes chargeable time through March 14, 2011 when the post-trial submissions will have been completed and to obtain affidavit(s) from local area counsel concerning the reasonableness of the fee rate.

Earlier on this date, counsel for plaintiffs sought the position of defendants on this request, but, as of the time of filing, had been unable to reach Attorney Maurice Cahillane directly.

Thank you for your consideration.

Dated: March 8, 2011

                 BLITMAN & KING LLP

            By: <u>/s/ Kenneth L. Wagner    </u>
                Kenneth L. Wagner
                Attorneys for Plaintiffs
                Office and Post Office Address
                Franklin Center, Suite 300
                443 North Franklin Street
                Syracuse, New York 13204-1415
                Telephone (315) 422-7111
                Facsimile (315) 471-2623
                E-mail: [klwagner@bklawyers.com](mailto:klwagner@bklawyers.com)

I hereby certify that a true copy of the above document was served upon the attorney of record for Defendants, by electronically filing the document using the CM/ECF system on March 8, 2011.


  /s/ Kenneth L. Wagner
  Kenneth L. Wagner, of Counsel




Coll/legal/IUOE98-Haluch-Extend