UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS  WESTERN DIVISION

---

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 )
HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, by )
Barbara Lane, as Administrator; LOCAL 98 ENGINEERS JOINT )
TRAINING, RETRAINING, SKILL IMPROVEMENT, SAFETY )
EDUCATION, APPRENTICESHIP AND TRAINING FUND, by Barbara )
Lane, as Administrator; INTERNATIONAL UNION OF OPERATING )
ENGINEERS LOCAL 98 AND EMPLOYERS COOPERATIVE TRUST, )
by William Sullivan and Eugene P. Melville, Jr., as Trustees; )
CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF )
OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, by )
Michael R. Fanning, as Chief Executive Officer; and )
INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98, )
AFL-CIO, by Eugene P. Melville, Jr., as Business Manager, )
)
                      Plaintiffs, ) **NOTICE OF MOTION**
)
        v. ) Civil Action No.:
) 09-CV-11607 (MAP)
RAY HALUCH GRAVEL CO.; RAY HALUCH, INC.; RAY HALUCH, INC. )
d/b/a RAY HALUCH GRAVEL CO.; RAY HALUCH GRAVEL COMPANY, )
INC.; RAY HALUCH GRAVEL COMPANY, INC. d/b/a RAY HALUCH )
GRAVEL CO.; RAYMOND HALUCH, Individually and as an Officer of )
RAY HALUCH, INC. and RAY HALUCH GRAVEL COMPANY, INC.; and )
RAYMOND HALUCH, Individually and d/b/a RAY HALUCH )
GRAVEL CO., )
)
                      Defendants. )

---

Plaintiffs, by their attorneys, Blitman & King LLP, Kenneth L. Wagner, Esq. and Daniel R. Brice, Esq., move this Court for an Order awarding the total attorneys' fees and costs incurred by Plaintiffs in attempting to collect this delinquency, in obtaining the audit, in protecting Plaintiffs' interests, and in protecting the interests of the participants and beneficiaries. Those fees and costs, as set forth in the supporting affidavit of Kenneth L. Wagner, sworn to April 4, 2011 ("Wagner Affidavit"), amount to $143,600.44.

Defendants are liable for these monies pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1461, and for the reasons detailed in the accompanying Wagner Affidavit filed with this Court on April 4, 2011.

DATED: April 5, 2011

BLITMAN & KING LLP

By: _____
Kenneth L. Wagner, of Counsel
Daniel R. Brice, of Counsel
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-1415
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: klwagner@bklawyers.com
E-mail: drbrice@bklawyers.com

coll/legal/IUOE98-Haluch-NOM1